**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff, CASE NO. 26-cr-20662

v. Hon. JUDITH E. LEVY

CLARA WILKERSON,

Defendant.
______________________________/

APPEARANCE

PLEASE ENTER THE APPEARANCE of Bertram L. Johnson, as attorney for Defendant Clara Wilkerson, in the above captioned matter.

Respectfully submitted,

/s/ Bertram L. Johnson
Bertram L. Johnson (P46646)
Christian Ray & Associates, P.C.
23950 Princeton Street
Dearborn, MI 48126
(313) 598-4193
(313) 974-7544
Warrioratlaw313@aol.com

Dated: October 22, 2026